UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHELEY LEN HOKANSON,<br><br>                              Plaintiff,<br>       v.<br><br>SHASTA JUAREZ, *et al.*,<br><br>                              Defendants. | Case No. 3:25-cv-00025-MMD-CLB<br><br>ORDER |

*Pro se* Plaintiff Cheley Len Hokanson filed an application to proceed *in forma pauperis* (ECF No. 1 ("IFP Application")) and a civil-rights complaint bringing claims against several Fallon Paiute Shoshone tribal officers under 42 U.S.C. § 1983 (ECF No. 1-1 ("Complaint")). Before the Court is the Report and Recommendation (ECF No. 3 ("R&R")) of United States Magistrate Judge Carla L. Baldwin, recommending that the IFP Application be granted and the Complaint be dismissed with leave to amend. Objections to the R&R were due February 7, 2025. (*See id.*) Hokanson has not filed an objection. However, on February 19, 2025, she submitted a motion for extension of time to file an amended complaint, in which she appears to indicate her non-opposition to the R&R while requesting additional time to amend her pleading. (ECF No. 4 ("Motion").) As explained below, the Court will adopt the R&R in full as unopposed and will grant Plaintiff's Motion. Plaintiff will have 45 days from the date of this Order to file an amended complaint.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). Moreover, in her Motion, Plaintiff

indicates her intention to file an amended complaint in accordance with the R&R. (ECF No. 4 at 2-3.) The Court thus adopts Judge Baldwin's R&R as unopposed.

The Court grants Hokanson's IFP Application and dismisses the Complaint without prejudice and with leave to amend to cure the deficiencies identified in the R&R. Plaintiff is reminded that she must comply with the Federal Rules of Civil Procedure in any amended pleading, and that an amended complaint replaces the original complaint and must be complete in itself. *See Hal Roach Studios, Inc. v. Richard Feiner & Co., Inc.*, 896 F.2d 1542, 1546 (9th Cir. 1989).

The Court further finds good cause to grant Plaintiff's request (ECF No. 4) for an extension in the deadline to file an amended complaint as directed in the R&R. Plaintiff will have up to and including April 10, 2025, to file an amended complaint.

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 3) is accepted and adopted in full.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is granted.

It is further ordered that Plaintiff's Complaint (ECF No. 1-1) is dismissed without prejudice and with leave to amend.

It is further ordered that Plaintiff's motion to extend time to file an amended complaint (ECF No. 4) is granted.

It is further ordered that if Plaintiff chooses to file an amended complaint curing the deficiencies in her Complaint, as outlined in the R&R, she must file her amended complaint on or before April 10, 2025. If Plaintiff chooses not to file an amended complaint, this action may be dismissed for failure to state a claim.

DATED THIS 21st Day of February 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE