**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| CHELEY LEN HOKANSON, Plaintiff, v. SHASTA JUAREZ, *et al.*, Defendants. | Case No. 3:25-CV-00025-MMD-CLB **ORDER GRANTING PLAINTIFF'S MOTION FOR SERVICE AND EXTENSION OF TIME TO SERVE DEFENDANTS** [ECF Nos. 68, 69] |

On August 6, 2026, the Court ordered Plaintiff Cheley Len Hokanson ("Hokanson") to serve Defendants Shasta Juarez, David Blackeye, Krystina Dalton, Kae Ward, Cathi Tuni, Andrew Hicks, Lynette Fisherman, Phillip Johnson, Vicki Moyle, and Edwin Conway in their individual capacities with an AO 398 Notice of a Lawsuit and Request to Waive Service of a Summons. (ECF No. 65.) The Court specified that "if Defendants do not accept the waiver of service pursuant to Rule 4(d), without good cause, the Court will impose the expenses incurred in making service through the U.S. Marshal Service and any additional reasonable expenses required to collect those service expenses." (*Id.* at 4.) Hokanson has filed waivers of service on the docket for Defendants Krystina Dalton, (ECF No. 66), and Kae Ward, (ECF No. 67).

On October 1, 2026, Hokanson filed two motions: (1) motion for order directing U.S. Marshals to serve the non-waiving Defendants, (ECF No. 68); and (2) motion to extend time to serve the remaining Defendants. (ECF No. 69.)[1] Hokanson explains she mailed the summons and waiver of service forms to each Defendant on August 14, 2026, and provides a receipt from the U.S. Postal Service on that date indicating the first-class mail envelopes would arrive on August 18, 2026. (ECF No. 68 at 13, 20-21.) Hokanson also provides photos of the waiver of service forms showing she marked that the waiver of service forms must be returned within 30 days. (*See*, *e.g.*, ECF No. 68 at 23.) The

[1] The motions are identical. (*See* ECF Nos. 68, 69.)

time for the remaining Defendants to return the waiver of service forms has passed.

To date, no opposition was filed for either motion. Pursuant to the Court's Local Rules, the failure of a moving party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes consent to the granting of the motion. LR 7-2. Therefore, Hokanson's motions are granted as unopposed.

The Court will now order the U.S. Marshals to serve the remaining Defendants: Shasta Juarez, David Blackeye, Cathi Tuni, Andrew Hicks, Lynette Fisherman, Phillip Johnson, Vicki Moyle, and Edwin Conway.

**IT IS THEREFORE ORDERED** that Hokanson's motions, (ECF Nos. 68, 69), are **GRANTED**.

**IT IS FURTHER ORDERED** that proof of service under Fed. R. Civ. P. 4(m) is now due on or before **December 21, 2026**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **SEND** the summonses for Defendants Shasta Juarez, David Blackeye, Cathi Tuni, Andrew Hicks, Lynette Fisherman, Phillip Johnson, Vicki Moyle, and Edwin Conway, (ECF Nos. 48, 48-2, 48-4, 48-5, 48-6, 48-7, 48-8, 49-9), to the U.S. Marshal for service. The Clerk also shall also **SEND** sufficient copies of the complaint, (ECF No. 27), the Report and Recommendation screening the complaint, (ECF No. 41), the District Court's order adopting the Report and Recommendation, (ECF No. 47), and this Order to the U.S. Marshal for service on the Defendants. The Clerk shall **SEND** to Hokanson **8** USM-285 forms. Hokanson will have **21 days** within which to furnish to the U.S. Marshal the required USM-285 forms with relevant information as to each defendant on each form at 400 S. Virginia Street, 2nd floor, Reno, Nevada 89501. Hokanson shall specifically indicate that each Defendant is being served in their **individual capacities**. Within **20 days** after receiving from the U.S. Marshal a copy of the USM-285 forms showing whether service has been accomplished, if any of the defendants were not served, and if Hokanson wants service to be attempted again, she must file a motion with the court providing a more detailed

name and/or address for service, or indicating that some other method of service should be attempted.

**IT IS FURTHER ORDERED** that Defendants Shasta Juarez, David Blackeye, Cathi Tuni, Andrew Hicks, Lynette Fisherman, Phillip Johnson, Vicki Moyle, and Edwin Conway will be required to pay any and all expenses incurred in making service through the U.S. Marshal Service, including any additional reasonable expenses required to collect those service expenses. Once the U.S. Marshal returns the USM-285 forms, the Court will separately issue an order invoicing each Defendant for the costs associated with the service attempts for that Defendant.

**IT IS SO ORDERED**.

**DATED**: October 21, 2026.

**UNITED STATES MAGISTRATE JUDGE**